[No. 22454-2-II.   Division Two.   February 12, 1999.]

DOMINIC TARABOCHIA, ET AL., *Appellants*, v. THE DEPARTMENT OF FISH AND WILDLIFE, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-03102-3, Barbara D. Johnson, J., entered September 4, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Hunt, JJ.

[No. 22564-6-II.   Division Two.   February 12, 1999.]

JOHN GERASIMCZYK, ET AL., *Appellants*, v. STATE FARM FIRE AND CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-04758-6, Nile E. Aubrey, J., entered October 23, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22875-1-II.   Division Two.   February 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLAN G. MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00165-2, Gordon Godfrey, J., entered January 26, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., Hunt, J., concurring separately.

[No. 22946-3-II.   Division Two.   February 12, 1999.]

KIM MARSHALL, *Appellant*, v. BALLY'S PACWEST, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-06957-0, Terry D. Sebring, J., entered January 16, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 94 Wn. App. 372.